IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>P.O. Box 710<br>Tucson, AZ 85702-0710<br><br>         Plaintiff,<br><br>     v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br>441 G Street NW<br>Washington, DC 20314<br><br>         Defendant. | Civil Action No. 25-cv-01306-APM |

**PROOF OF SERVICE OF PROCESS**

Pursuant to Federal Rule of Civil Procedure 4(l), I hereby certify that service of the complaint, summons, and other case-initiating documents in the above-captioned case has taken place in the following manner:

1.  The United States Attorney for the District of Columbia was served via certified mail on April 30, 2025; the United States Attorney's office received the documents on May 7, 2025.

2.  The United States Attorney General was served via certified mail on April 30, 2025; the United States Attorney General's office received the documents on May 7, 2025.

3.  The United States Army Corps of Engineers was served via certified mail on April 30, 2025; it received the documents on May 6, 2025.

4.  Pursuant to Federal Rule of Civil Procedure 4(i)(1)–(2), the above parties were served copies of the documents described as:

    a.  CIVIL COVER SHEET;

      b. PROPOSED SUMMONS;

      c. COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF;

      d. LCvR 26.1 CERTIFICATE OF DISCLOSURE;

      e. SUMMONS IN A CIVIL ACTION;

      f. MAGISTRATE JUDGE NOTICE & CONSENT FORM;

      g. NOTICE OF APPEARANCE for Attorney Benjamin T. Rankin.

5. Electronic certified mail receipts verifying the statements above are attached as Exhibit 1.

6. On May 8, 2025, I caused to be served copies of this proof of service of process on Defendant United States Army Corps of Engineers, the United States Attorney, and the United States Attorney General by placing true and correct copies thereof in sealed envelopes and sending the copies via certified mail, return receipt requested, through the United States Postal Service.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 8, 2025                Respectfully submitted,

                                      */s/ Benjamin T. Rankin*
                                      BENJAMIN T. RANKIN (D.C. Bar No. CA00215)
                                      Center for Biological Diversity
                                      1411 K St. NW, Ste. 1300
                                      Washington, D.C. 20005
                                      Tel: (202) 849-8402
                                      brankin@biologicaldiversity.org

                                      *Attorney for Plaintiff*