UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>　　　　　Defendant. | Civil Action No. 25-01306 (APM) |

## JOINT STATUS REPORT

In accordance with this Court's July 8, 2025 Order (ECF No. 9), the parties, by and through their respective undersigned counsel, respectfully submit this joint status report.

1. Plaintiff filed the Freedom of Information Act ("FOIA") complaint at issue in this case on April 29, 2025. ECF No. 1. Defendant answered on July 7, 2025. ECF No. 8. Plaintiff seeks the following records from the U.S. Army Corps of Engineers ("the Corps"):

   a. From January 20, 2025 to the date the Corps conducted its search [in this case, April 7, 2025], (1) records regarding permit applications affected by Executive Order 14156; and (2) requests for emergency consultation or approval under Section 7 of the Endangered Species Act sent to the U.S. Fish and Wildlife Service or National Marine Fisheries Service.

   b. From February 15, 2025 to the date the Corps conducted its search [in this case, April 7, 2025], "the records documenting the display of information for active permit applications with respect to their classification under Executive Order 14156."

2. **Status of Plaintiff's Request:** The Corps has completed its initial search and is finalizing review and processing of all responsive records.

3. **Anticipated Number of Documents Responsive to Plaintiff's Request:** As all records still require review for responsiveness and suitability for release, the anticipated number of documents remains undetermined. However, approximately 115 records have been flagged as potentially responsive, pending review.

4. **Anticipated Date of Release of Documents Requested by Plaintiff:** The Corps and Plaintiff have not yet agreed on a proposed production schedule in this case and are, for the purpose of judicial economy, attempting to reach agreement on a schedule for production. At present, there remains disagreement between the parties as to what constitutes a reasonable production schedule. Plaintiff's position is that, given the ongoing and administratively expedited nature of the Corps activities at issue in this litigation, ECF No. 1 at ¶¶ 6–7, that the FOIA at issue in this litigation was filed on March 4, 2025, *id*. at ¶ 24, that the Corps conducted its search for records on April 7, 2025, and the limited number of records in question (115), the Corps should begin producing responsive records as promptly as possible and, in any case, no later than August 21, 2025. Defendant's position is that, because this request includes records that require consultation with other agencies, the Corps anticipates it will require until October 31, 2025, to release responsive documents to Plaintiff.

5. ***Open America* Stay:** Such a motion is not likely.

6. **Summary Judgment Briefing:** Possible. Regarding records responsive to Paragraph 1b, above, Plaintiff seeks "any communications or other documents related to decisions" regarding the display of permitting information on the Corps' website. Defendant anticipates that many of the flagged records may contain material that is predecisional and deliberative. Defendant anticipates that such material would be protected from disclosure under the deliberative process privilege pursuant to Exemption 5.

7.      The parties propose filing another joint status report on or before September 20, 2025, to update the Court on the issues in this case and to propose any further proceedings they believe at that time may be warranted.

Dated: July 22, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Benjamin Rankin*
Benjamin Rankin
Environmental Health Associate Attorney
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, D.C. 20005
Telephone: (202) 849-8402
brankin@biologicaldiversity.org

/s/ *Hannah Connor*
Hannah Connor
Senior Attorney
Environmental Health Deputy Director
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, D.C. 20005
Telephone: (202) 681-1676
hconnor@biologicaldiversity.org

*Counsel for Plaintiff*

By:     /s/ *Brian C. Tracy*
BRIAN C. TRACY, NE Bar # 25379
Special Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2574
brian.tracy@usdoj.gov

*Attorneys for the United States of America*