UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

        Plaintiff,

v.

U.S. ARMY CORPS OF ENGINEERS,

        Defendant.

Civil Action No. 25-01306 (APM)

## JOINT STATUS REPORT

In accordance with the Minute Order of the Court dated July 23, 2025, the parties, by and through their respective undersigned counsel, respectfully submit this joint status report.

1.    Plaintiff filed the Freedom of Information Act ("FOIA") complaint at issue in this case on April 29, 2025. ECF No. 1. Defendant answered on July 7, 2025. ECF No. 8. Plaintiff seeks the following records from the U.S. Army Corps of Engineers ("the Corps"):

    a.    From January 20, 2025, to the date the Corps conducted this search: (1) The records regarding permit applications under section 404 of the Clean Water Act or Section 10 of the Rivers and Harbors Act documenting the consideration, reclassification or approval of such permit pursuant to Executive Order 14156, "Declaring a National Energy Emergency"; and (2) The requests for emergency consultation or approval under Section 7 of the Endangered Species Act sent to the U.S. Fish and Wildlife Service or National Marine Fisheries Service.

    b.    From February 15, 2025, to the date the Corps conducted its search: "the records documenting the display of information for active permit applications with respect to their classification under Executive Order 14156" on the Corps' ORM database.

2.    On July 22, 2025, the parties submitted their first joint status report in which the Corps provided April 7, 2025, as the date of search for both items identified in Plaintiff's FOIA.

ECF No. 10. The Corps further provided through that report that "approximately 115 records have been flagged as potentially responsive," and that "it will require until October 31, 2025, to release responsive documents to Plaintiff." *Id*. The Corps has since identified a handful of additional documents potentially responsive and are reviewing them.

3. **Pursuant to the Minute Order of the Court dated July 23, 2025, which ordered an update "on the processing and production of responsive records," Defendant provides as follows**: The Corps has approximately 400 pages remaining to review. Completion is expected before the end of October 2025. After the conclusion of the Corps review, consistent with Army Regulation 25-55, Department of Defense Directive 5400.07, and Department of Defense Manual 5400.07, the records will be forwarded to the Department of Defense for final review before release. Once the full set of records has been forwarded, Department of Defense reviewing authorities will be able to determine the scope of releases and withholdings and estimate the time required for final review and disclosure. Accordingly, the Corps expects to provide an anticipated date of release by the proposed status update of November 10, 2025.

4. **Plaintiff's Response**: Given the significant public interest in the requested records, which pertain to time-sensitive emergency actions; the limited number of public records in question; the time Defendant has already had to respond to Plaintiff's request (many months after the statutory deadline); and Defendant's shifting and ambiguous position on the timing and production of responsive records, Plaintiff respectfully requests that the Court set a deadline of October 31, 2025, by which the responsive non-exempt documents must be disclosed along with an index of what is being withheld and why. Without such a court-ordered deadline, it is reasonable to assume that Defendant will indefinitely delay the release of documents to which Plaintiff has a statutory right of access.

5. The parties propose filing another joint status report on or before November 10, 2025, to update the Court on the status of the Corps' processing and production of responsive records in this case and to propose any further proceedings they believe at that time may be warranted.

\* \* \*

Dated: September 22, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Benjamin Rankin*
Benjamin Rankin
Environmental Health Associate Attorney
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, D.C. 20005
Telephone: (202) 849-8402
brankin@biologicaldiversity.org

By:   /s/ *Brian C. Tracy*
BRIAN C. TRACY, NE Bar # 25379
Special Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2574
brian.tracy@usdoj.gov

*Attorneys for the United States of America*

/s/ *Hannah Connor*
Hannah Connor
Senior Attorney
Environmental Health Deputy Director
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, D.C. 20005
Telephone: (202) 681-1676
hconnor@biologicaldiversity.org

*Counsel for Plaintiff*