UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS,<br><br>    Defendant. | Civil Action No. 25-01306 (APM) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, the Court directs the parties to submit another joint status report on or November 10, 2025.

IT IS SO ORDERED.

DATED: _____     _____
                                        AMIT P. MEHTA
                                        United States District Judge